IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| CORY R. MONROE, Plaintiff, vs. COMMISSIONER, Social Security Administration, Defendant. | Case No. 6:18-cv-01603-JR <br><br> ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA & COSTS PURSUANT TO 28 U.S.C. § 1920 |
|---|---|

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,170.32 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and costs of $400.00, for the filing fee, pursuant to 28 U.S.C. § 1920. Payment of this award shall be via check made payable to Plaintiff and mailed to Plaintiff's attorneys at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff*, the award shall be made payable to Katherine Eitenmiller, HARDER, WELLS, BARON & MANNING, P.C., if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program.

Dated this 9th day of November 2019.

_____
JOLIE A. RUSSO
United States Magistrate Judge

Proposed Order submitted by:
Katherine L. Eitenmiller
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street, Eugene, OR 97401
(541) 686-1969
keitenmiller@hwbm.net
Of Attorneys for Plaintiff